UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
OSCAR B. ROSERO, Sr.,

        Plaintiff,

-against-

JUANA BELTRAN,

        Defendant.
-------------------------------------------------------x

**CIVIL JUDGMENT**

11-CV-4322 (CBA)

Pursuant to the memorandum and order issued _September 21, 2011_ by the Honorable Carol Bagley Amon, Chief United States District Judge, dismissing this action, it is

**ORDERED, ADJUDGED AND DECREED**: That the action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(h)(3). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

                                                      s/CBA

                                          CAROL BAGLEY AMON
                                          United States District Judge

Dated: Brooklyn, New York
         September 21, 2011